**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Laura Kissel
                              Plaintiff,

v.                                           Case No.: 1:16–cv–06429
                                                 Honorable Michael T. Mason

Oak Forest Health Center, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 17, 2017:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held. As stated on the record, this case is dismissed without prejudice until 6/26/17. If no motion to reinstate is filed prior to 6/26/17, the dismissal will convert to a dismissal with prejudice. Civil case terminated. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.